IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Ron Peterson Firearms, LLC,

       Plaintiff,

vs.                                                        CASE NO: 11cv678 RHS/LFG

Kenneth Melson,
*Acting Director, Bureau of Alcohol,*
*Tabacco, Firearms & Explosives,*

       Defendant.

## <u>M I N U T E   O R D E R</u>

Pursuant to the filing of a refusal to consent to proceed before a U.S. Magistrate Judge, please be advised that the above-captioned case has been assigned to Senior U.S. District Judge John E. Conway.

> "In accordance with D.N.M.LR.Civ. 10.1 'the first page of each paper must have the case file number and initials of the assigned judges.' **Failure to include the initials of the newly-assigned judge may result in untimely receipt of pleadings and subsequent delay of rulings by the newly-assigned judge.**"

Kindly reflect this change when submitting further pleadings for this case as:

CASE NUMBER **11cv678 JC/LFG**.

-----------------------------------
Clerk of the Court