# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**

106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

April 8, 2013

United States Court of Appeals
for the Tenth Circuit
The Byron White United States
Courthouse
1823 Stout Street
Denver, Colorado 80257

Re: 1:11-CV-678 JC/LFG; Rutherford et.al. vs. Jones
    USCA NOS. 13-2054 and 13-2055

Dear Ms. Shumaker,

    Please be advised that the appellants' transcript order forms for both appeals indicate that transcripts will not be ordered for the notices of appeal.

    The appeal records are now complete. Appellants' briefs are due to be filed with the Tenth Circuit Court of Appeals forty (40) days from the date of this letter.

    Sincerely,

    Matthew J. Dykman, Clerk
    United States District Court
    for the District of New Mexico